
**FILED**

OCT 3 0 2018

BANKRUPTCY COURT
OAKLAND, CALIFORNIA

# United States Bankruptcy Court
## NORTHERN District Of CALIFORNIA

IN RE.  **Kazi, Tanseer**

Debtor(s).

Case No. 18-42547

The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of my/our knowledge and that it corresponds to the creditors listed in my/our schedules.

Date: 10/30/2018

_____
Debtor

_____
Joint Debtor

Advanced Call Center Tech
Po Box 9091
Gray TN 37615-9091


Allied Interstate, Llc
P.o. Box 361445
Columbus OH 43236


Allied Interstate, Llc
P.o. Box 361445
Columbus OH 43236


Amazon/synchrony Bank
P.o. Box 960013
Orlando FL 32896-0013


Americas Tire/synchrony Bank
Po Box 960061
Orlando FL 32896-0061


Banana Republic/syncb
Po Box 530942
Atlanta GA 30353-0942


Barclays Bank Delaware
Card Services
P.o. Box 60517
City Of Industry CA 91716-0517


Best Buy Credit Services
Po Box 78009
Phoenix AZ 85062-8009

Best Buy/citibank, N.a.
P.o. Box 6286
Sioux Falls SD 57117


Bureau Of Medical Economics
700 Empey Way
San Jose CA 95128


Capital One, N.a.
P.o. Box 71087
Charlotte NC 28272-1087


Capital One, N.a.
P.o. Box 60599
City Of Industry CA 91716-0599


Capital One, N.a.
P.o. Box 60599
City Of Industry CA 91716-0599


Care Credit/synchrony Bank
Po Box 960061
Orlando FL 32896-0061


Cavalry Spv I, Llc
500 Summit Lake Dr
Ste-400
Valhalla NY 10595-1340


Central Credit Services Llc
9550 Regency Square Blvd
Suite-500a
Jacksonville FL 32225

Cep America California
Po Box 582663
Modesto CA 95358-0070


Chevron Visa/syncb
Po Box 960012
Orlando FL 32896-0012


City Of San Jose
200 East Santa Clara St
San Jose CA 95113


Client Services Inc
3451 Harry S. Truman Blvd.
Saint Charles MO 63301-4047


Client Services Inc
3451 Harry S. Truman Blvd.
Saint Charles MO 63301-4047


Client Services Inc
3451 Harry S. Truman Blvd.
Saint Charles MO 63301-4047


Client Services Inc
3451 Harry S. Truman Blvd.
Saint Charles MO 63301-4047


Comenity/overstock
Po Box 659707
San Antonio TX 78265-9707

Comenity/zales Jewelers
Po Box 659819
San Antonio TX 78265-9119


Costco/citi Cards
Po Box 78019
Phoenix AZ 85062-8019


Custom Commercial Dry Cleaners
3201-a, Investment Blvd
Hayward CA 94545


Discover
Po Box 51908
Los Angeles CA 90051-6208


Egs Financial Care, Inc
4740 Baxter Rd
Virginia Beach VA 23462


Egs Financial Care, Inc
4740 Baxter Rd
Virginia Beach VA 23462


Egs Financial Care, Inc
4740 Baxter Rd
Virginia Beach VA 23462


Exxon Mobil
P.o. Box 78072
Phoenix AZ 85062-8072

Genpact Services Llc
Po Box 1969
Southgate MI 48195-0969


Home Depot/citibank, N.a.
Home Depot Credit Services
Po Box 78011
Phoenix AZ 85062-8011


Icbc Revenue Accounting
151 West Esplanade
North Vancouver BC V7m 3h9


Law Office Of John Mendonza
Po Box 5010
Pleasanton CA 94566


Law Office Of John Mendonza
Po Box 5010
Pleasanton CA 94566


Law Office-gerald J Beaudoin
3950 Buskirk Ave
Suite 300
Walnut Creek CA 94597


Law Office-gerald J Beaudoin
3950 Buskirk Ave
Suite 300
Walnut Creek CA 94597


Lvnv Funding Llc
Po Box 1280
Oaks PA 19456-1280

Medicredit, Inc
Po Box 1629
Maryland Heights MO 63043-0629


Midland Credit Management, Inc
Po Box 2000
Warren MI 48090-2000


National Enterprise Systems
2479 Edison Blvd
Unit-a
Twinsburg OH 44087-2340


Newman Medical Group
6950 Santa Teresa Blvd
Ste-b
San Jose CA 95119-1300


Northstar Location Services
Attn Financial Services Dept.
4285 Genesee St
Cheektowaga NY 14225-1943


Npas Solutions, Llc
Po Box 2248
Maryland Heights MO 63043-1048


Paypal Credit
Po Box 71202
Charlotte NC 28272-1202


Paypal Credit
Po Box 71202
Charlotte NC 28272-1202

Paypal Credit Svcs/synchrony
Po Box 960080
Orlando FL 32896-0080


Phillips 66 Co./syncb
P.o. Box 530942
Atlanta GA 30353-0942


Portfolio Recovery Associates
P.o. Box 12914
Norfolk VA 23541-1223


Portfolio Recovery Associates
P.o. Box 12914
Norfolk VA 23541-1223


Regional Med Ctr Of San Jose
P.o. Box 740766
Cincinnati OH 45274-0766


Sears Credit Cards/citibank Na
Po Box 78051
Phpenix AZ 85062-8051


Shell Card Payments
Po Box 9001011
Louisville KY 40290-1011


Sra Associates, Llc
401 Minnetonka Rd
Ho Nella NJ 08083

Stanford Federal Credit Union
Po Box 10690
Palo Alto CA 94303-0843


Stanislaus Credit Control Svc
914 14th St
Post Office Box 480
Modesto CA 95353


Superior Court Of Ca
County Of Alameda
24405 Amador St
Hayward CA 94544


Superior Court Of California
Alameda County Superior Court
1225 Fallon Street
Oakland CA 94612


Suttell & Hammer
P.o. Box C-90006
Bellevue WA 98009


Synchrony Bank/jcpenny
P.o. 960090
Orlando FL 32896-0090


The Provincial Court Of Albert
Ticket Production Centre
601 5th Street Sw
Calgary AB T2p 5p7


Toyota Financial Services
P.o. Box 5236
Carol Stream IL 60197-5236

United Collection Bureau, Inc
5620 Southwyck Blvd
Ste-206
Toledo OH 43614


United Collection Bureau, Inc.
5620 Southwyck Blvd
Ste-206
Toledo OH 43614


Visa/stanford Federal Credit
Po Box 10690
Palo Alto CA 94303-0843



Walmart/synchrony Bank
P.o. Box-530927
Atlanta GA 30353-0927